IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-01274-WDM-PAC

TACO JOHN'S INTERNATIONAL, INC., a Wyoming corporation, and
TACO JOHN'S SEASONINGS LIMITED PARTNERSHIP, a Wyoming Limited Partnership,

    Plaintiffs,

v.

1 TO 3, INC., a Washington corporation and
TACO DEL MAR FRANCHISING CORPORATION,

    Defendants.

---

## NOTICE OF DISMISSAL

---

    The court takes judicial notice that the parties have filed a Notice of Dismissal Without Prejudice, in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint is dismissed without prejudice, each party to pay its own costs and attorneys' fees.

    DATED at Denver, Colorado, on September 8, 2006.

                              BY THE COURT:

                              /s/ Walker D. Miller
                              United States District Judge